**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Betty J. MURPHY, Defendant–Appellant.**

No. 01–8095.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided April 1, 2002.

Betty J. Murphy, Appellant Pro Se. Benjamin H. White, Jr., Office of the Unit-

ed States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Betty Jean Murphy appeals from the district court's order denying her motion for modification of her term of imprisonment. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Murphy,* Nos. CR–89–280; CA–01–858–1 (M.D.N.C. Nov. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*